IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KIMBERLY ANN SPENCER,

v.   CASE NO. 4:08cv181-RH/WCS

MORRIS G. STEEN et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 6), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute. The clerk must enter judgment and shall close the file.

    SO ORDERED on January 21, 2009.

                    s/Robert L. Hinkle
                    Chief United States District Judge